No. 91–1924.  AYUDA, INC., ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari granted, judgment

vacated, and case remanded for further consideration in light of *Reno* v. *Catholic Social Services, Inc., ante,* p. 43. ▮